**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

[†] Also admitted in New Jersey

Author: Jonathan E. Sturm – Member [†]
Direct E-Mail Address: jonathane@mllaborlaw.com
Direct Dial: (516) 303-1361

October 23, 2014

**Via ECF**

Hon. I. Leo Glasser, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: **Maldonado v. Faraj Srour and Tita Srour**
> **Case No.: 13-cv-05856-ILG-JO**
> **MLLG File No. 195-2013**

Dear Judge Glasser:

This firm represents Defendants, Faraj Srour and Tita Srour ("Defendants") in the above-referenced matter. This letter shall serve as Defendants' request for an extension to file a Reply to Plaintiff's Opposition to Defendants' Motion to Terminate or Limit Plaintiff's Deposition Questions until November 10, 2014.

Defendants require an extension since a Partner in the firm, Michael J. Mauro, abruptly left his employment with the firm. Due to scheduling constraints exacerbated by Mr. Mauro's leaving this firm, Defendants will be unable to reply within the ordered ten (10) days. Consequently, Defendants respectfully request an extension to file their Reply until November 10, 2014. Plaintiff does not consent to the extension. This is Defendants' first request for an extension to file their Reply.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

/s/ Jonathan E. Sturm

cc: client (via email)
opposing counsel (ECF)

*[Handwritten annotation: Denied. So ordered. /s/ I. L. Glasser 10/27/14]*